UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| DION PATRICK DAWSON,<br>         Plaintiff,<br><br>-v-<br><br>NANNETTE NORWOOD, et al.,<br>         Defendants.<br>_____ | )<br>)<br>)  No. 1:06-cv-914<br>)<br>)  HONORABLE PAUL L. MALONEY<br>)<br>)<br>) |

## JUDGMENT

Having granted the remaining Defendants' motion for summary judgment and having dismissed all pending claims, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is entered in favor of Defendants and against Plaintiff

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**


Dated:   July 5, 2011                             /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            Chief United States District Judge